UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN MICHAEL BRIN, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA HARTWICK, et al., <br><br> Defendant. | CASE NO. C24-1019JLR <br><br> ORDER |

This matter comes before the court on Defendants' motions *in limine*. (MILs (Dkt. # 55); Resp. (Dkt. # 56).) On October 6, 2025, the court convened the pretrial conference, but *pro se* Plaintiff Darren-Michael Brin did not appear. (*See* 10/6/25 Min. Entry (Dkt. # 66).) The court heard argument from Defendants and issued its rulings on the motions *in limine* on the record. (*See id.*) The court issues this order to confirm its oral rulings.

The court ORDERS as follows:

1. Motion *in limine* 1 is agreed and GRANTED.

ORDER - 1

2. Motion *in limine* 2 is agreed and GRANTED.

3. Motion *in limine* 3 is agreed and GRANTED.

4. Motion *in limine* 4 is agreed and GRANTED.

5. Motion *in limine* 5 is DENIED in part. The court declines to exclude 911 dispatch records and reserves ruling on the admissibility of evidence not timely disclosed during discovery.

6. Motion *in limine* 6 is GRANTED as to all nonparty witnesses. The parties stipulate that neither party intends to call expert witnesses.

7. Motion *in limine* 7 is GRANTED.

8. Motion *in limine* 8 is agreed and GRANTED.

9. Motion *in limine* 9 is agreed and GRANTED.

10. Motion *in limine* 10 is agreed and GRANTED.

11. Motion *in limine* 11 is agreed and GRANTED.

12. Motion *in limine* 12 is GRANTED.

13. Motion *in limine* 13 is agreed and GRANTED.

14. Motion *in limine* 14 is agreed and GRANTED.

The court also directed Defendants to submit a revised proposed pretrial order that incorporates items that are not in dispute. Defendants shall file the revised proposed pretrial order by no later than **October 10, 2025 5:00 PM (PT)**.

Dated this 6th day of October, 2025.

JAMES L. ROBART
United States District Judge