UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN MICHAEL BRIN, | CASE NO. C24-1019JLR |
| Plaintiff, | ORDER |
| v. | |
| JOSHUA HARTWICK, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff Darren Michael Brin's Federal Rule of Civil

Procedure 59(e) motion for reconsideration of the court's October 23, 2025 order

granting Defendants' motion to dismiss and imposing case terminating sanctions. (MFR

(Dkt. # 103); 10/23/25 Order (Dkt. # 101); MTD (Dkt. # 86).) Reconsideration under

Rule 59(e) is an "extraordinary remedy . . . to be used sparingly[.]" *Kona Enters., Inc. v.*

*Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (citation omitted). "Indeed, 'a

motion for reconsideration should not be granted, absent highly unusual circumstances,

unless the district court is presented with newly discovered evidence, committed clear

1  error, or if there is an intervening change in the controlling law.'" *Id.* (quoting *389*

2  *Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)); *see also* Local Rules

3  W.D. Wash. LCR 7(h)(1) ( "Motions for reconsideration are disfavored[.]").  The court

4  has reviewed Mr. Brin's motion and concludes that he has not identified newly

5  discovered evidence, clear error, or an intervening change in law that would justify

6  reconsideration of the October 23, 2025 order.  (*See generally* MFR.)  Therefore, the

7  court DENIES Mr. Brin's motion for reconsideration (Dkt. # 103).

8      Dated this 3rd day of November, 2025.

9

10     JAMES L. ROBART
       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22