UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN MICHAEL BRIN,<br><br>               Plaintiff,<br>    v.<br><br>JOSHUA HARTWICK, et al.,<br><br>               Defendants. | CASE NO. C24-1019JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Darren Michael Brin's motion to proceed in *forma pauperis* ("IFP") on appeal. (Mot. (Dkt. # 107).) Pursuant to Federal Rule of Appellate Procedure 24, a party to a district court action who desires to proceed IFP on appeal must file a motion in district court and complete an affidavit for permission to proceed IFP. *See* Fed. R. App. P. 24. The required affidavit is available on the Ninth Circuit Court of

MINUTE ORDER - 1

1  Appeals' website.[1] The court ORDERS Mr. Brin to complete the affidavit by no later
2  than **Wednesday, November 12, 2025**, and reserves ruling on his motion until such time
3  that he provides all required materials needed for the court to render a final decision. The
4  court puts Mr. Brin on notice that untimely filed submissions will result in the denial of
5  his motion.

8  Filed and entered this __5th__ day of November, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[1] Form 4. Motion and Affidavit for Permission to Proceed in *Forma Pauperis* can be found at this link: https://cdn.ca9.uscourts.gov/datastore/uploads/forms/form04.pdf

MINUTE ORDER - 2