UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN MICHAEL BRIN,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSHUA HARTWICK, *et al.*,<br><br>                Defendants. | Case No. C24-1019-JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL |

Plaintiff's application to proceed *in forma pauperis* on appeal (dkt. # 111) is GRANTED. Plaintiff shall be permitted to proceed on appeal without the prepayment of fees. The Clerk is directed to send a copy of this Order to all counsel of record and to the Honorable James L. Robart.

Dated this 13th day of November, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS ON APPEAL -
1