UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN MICHAEL BRIN, | CASE NO. C24-1019JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSHUA HARTWICK, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is *pro se* Plaintiff Darren Michael Brin's motion for an order instructing the Clerk to certify and transmit Exhibit D2 to the Ninth Circuit Court of Appeals.  (Mot. (Dkt. # 108).)  This court, however, is the wrong forum in which to present such a motion.  Instead, pursuant to Ninth Circuit Appellate Rule 27-14, a party who "asserts that review of an exhibit not currently available on the electronic district court docket is necessary to resolution of an issue on appeal," may file a motion with the

MINUTE ORDER - 1

Ninth Circuit Court of Appeals for leave to transmit a copy or replication of the exhibit to that court.[1]  9th Cir. App. R. 27-14.  A copy of the exhibit should not be included with the motion.  *Id*.  Consequently, the court DENIES Mr. Brin's motion.

Filed and entered this  14th day of November, 2025.

      RAVI SUBRAMANIAN
      Clerk of Court

      s/ Ashleigh Drecktrah
      Deputy Clerk

---

[1] The Ninth Circuit Federal Rules of Appellate Procedure are available at this link: https://cdn.ca9.uscourts.gov/datastore/uploads/rules/frap.pdf.

MINUTE ORDER - 2